JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TALK EASY, LLC; et al., <br><br> Defendants. | Case No. 2:25-cv-10516-AB (SSCx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 15, 2025

_____
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1